PETERS, Appellant, v. EMBURY, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Daniel S. Peters against Philip Embury. No opinion. Order affirmed, with $10 costs and disbursements.

PINTO, Respondent, v. INTERURBAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Simy B. Pinto against the Interurban Street Railway Company.
PER CURIAM. Judgment and order affirmed, with costs.
WOODWARD and JENKS, JJ., dissent.

PIRONG, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Jacob Pirong against the Solvay Process Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and NASH, J., dissent.

PLAUT, Respondent, v. NEW YORK BUTCHERS' FAT MELTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by Robert Plaut against the New York Butchers' Fat Melting Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

PLUMB, Appellant, v. BIGALOW FRUIT CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by William H. Plumb against the Bigalow Fruit Company. No opinion. Order affirmed, with $10 costs and disbursements.

POLET, Respondent, v. ERIE PRESERVING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Joseph Polet against the Erie Preserving Company. No opinion. Judgment and order affirmed, with costs.

POLLOCK, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Winifred Pollock, an infant, by William L. Pollock, her guardian ad litem, against the city of New York.
PER CURIAM. Judgment and order affirmed, with costs.
JENKS, J., dissents.

In re POST, Trustee. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) In the matter of the removal of Henry H. Post from the office of trustee of Gouverneur village. No opinion. Motion to dismiss proceedings granted, without costs to either party as against the other.

PRATT, HURST & CO. v. TAILER. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Pratt, Hurst & Co. against E. N. Tailer. No opinion. Motion granted. Settle order on notice.

In re PRESTON'S WILL. WELLS, Appellant, v. PRESTON et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) In the matter of the probate of a paper propounded as the last will and testament of Jonathan Preston, deceased, etc., and action by J. Madison Wells, against H. Stephen Preston and others. No opinion. Motion for reargument denied. See 99 N. Y. Supp. 312.

PRETTEJOHN, Respondent, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by Louis T. Prettejohn against Joseph V. Wilson and another. No opinion. Interlocutory judgment affirmed, with costs.

PRICE et al., Appellants, v. MONTFORT et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Wilber F. Price and others, doing business under the firm name of the Lyon-Taylor Company, against George R. Montfort and others, doing business under the firm name of Walters & Montfort. No opinion. Judgment of the Municipal Court affirmed, with costs.

PRINCE et al., Respondents, v. HOME INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Adolph Prince and the German American Insurance Company against the Home Insurance Company. D. W. Richards, for appellant. W. D. Murray, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

PRUYN, Respondent, v. GUAYQUIL & Q. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 26, 1906.) Action by Robert C. Pruyn, as a stockholder of the Guayquil & Quito Railway Company, etc., against the Guayquil & Quito Railway Company and others. No opinion. Motion denied, with $10 costs.

PTAK, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Baunislaus Ptak, an infant, etc., against the Syracuse Rapid Transit Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

RAISNER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Margaret Raisner against the Metropolitan Street Railway Company. C. F. Brown, for appellant. E. L. Crandall, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re RANDALL. (Supreme Court, Appellate Division, First Department. October 12, 1906.) In the matter of Samuel H. Randall. No opinion. Reference ordered. Settle order on notice.